DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

INDUSTRIES, INC. v. CONSTRUCTION CO.

No. 166 PC.

Case below: 29 N.C. App. 270.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 14 July 1976.

IN RE APPEAL OF BOSLEY

No. 177 PC.

Case below: 29 N.C. App. 468.

Petition by David E. Bosley for discretionary review under G.S. 7A-31 denied 14 July 1976.

LeMAY v. TOXAWAY CO.

No. 205 PC.

Case below: 29 N.C. App. 616.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 14 July 1976.

MARKHAM v. SWAILS

No. 161 PC.

Case below: 29 N.C. App. 205.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 14 July 1976.

MILLARD v. HOFFMAN, BUTLER & ASSOC.

No. 197 PC.

Case below: 29 N.C. App. 327.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 14 July 1976.